**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-26-0000316**
**22-JUN-2026**
**09:07 AM**
**Dkt. 7 ODSLJ**

NO. CAAP-26-0000316

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


JERRE PSAK, Petitioner-Appellee,
v.
KEITH KARDASH, Respondent-Appellant.


APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CASE NO. 1DSS-22-0000381)


ORDER DISMISSING APPEAL FOR LACK OF APPELLATE JURISDICTION
(By: Nakasone, Chief Judge, Wadsworth and Gluck, JJ.)

Upon review of the record, it appears as follows:

(1) On April 2, 2026, self-represented Respondent-Appellant Keith Kardash (**Kardash**) appealed from the November 1, 2023 First Amended Injunction Against Harassment, entered in the District Court of the First Circuit, Honolulu Division;

(2) Kardash filed the Notice of Appeal more than 30 days after entry of the First Amended Injunction Against Harassment, which is outside of the deadline set forth in Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 4(a)(1);

(3) The record does not indicate that Kardash received an extension of time to appeal under HRAP Rule 4(a)(4), or that the deadline was otherwise tolled by a timely-filed post-judgment motion under HRAP Rule 4(a)(3); and

(4) Compliance with the requirement of timely filing a notice of appeal is jurisdictional. <u>Grattafiori v. State</u>, 79 Hawaiʻi 10, 13, 897 P.2d 937, 940 (1995).

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed for lack of jurisdiction.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED:  Honolulu, Hawaiʻi, June 22, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Daniel M. Gluck
Associate Judge